UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.H., an infant, by his mother and natural guardian, Elideth Bautista Hernandez,

Plaintiff,

v.

JACQUILINE YVONNE TODD, WICO CHU, ORANGE REGIONAL MEDICAL CENTER,

Defendants.

No. 16-CV-3139 (KMK)
No. 16-CV-2211 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

On December 12, 2018, the Court denied Defendants' Motion to File a Third-Party Complaint against the United States and remanded the consolidated case to the Supreme Court of the State of New York, Orange County. (*See* Case No. 16-CV-3139; Dkt. No. 119.) However, due to a filing error, only Case No. 16-CV-3139 was closed. The Clerk of Court is therefore respectfully directed to close Case No. 16-CV-2211 as well.

SO ORDERED.

DATED: March 12, 2020
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE